180 . KENTUCKY REPORTS. [Vol. 138.

Trus. Eddyville G. C. S. Dis. v. B. of E. Kuttawa C. S. Dis. No. 29

CASE 25—ACTION, BETWEEN THE TRUSTEES OF EDDY-
VILLE GRADED COMMON SCHOOL AND THE
BOARD OF EDUCATION OF KUTTAWA COMMON
SCHOOL DISTRICT NO. 29.—April 29, 1910.

## Trustees Eddyville Graded Common School District v. Board of Education Kuttawa Common School District No. 29.

Appeal from Lyon Circuit Court.

J. T. HANBERRY, Circuit Judge.

Judgment for the latter, and the former appeals.

Appeal and Error—Stay of Proceedings—Supersedeas Bond.—The
mere execution and filing by appellant of a supersedeas bond
does not stay the proceedings, and where no writ of super-
sedeas is issued appellee may enforce his judgment pending
the appeal, and on the dismissal of the appeal he cannot re-
cover damages.

N. W. UTLEY and GREENE, VANWINKLE & SCHOOLFIELD
for appellants.

MILLER & MILLER for appellee.

OPINION OF THE COURT BY CHIEF JUSTICE BARKER—
Overruling the motion for damages.

Although appellants executed and filed a superse-
deas bond in this case, no writ of supersedeas was
ever issued, and therefore the appellees could have
enforced their judgment; the mere execution of the
bond not being sufficient to stay the proceedings.
This being true, the appellees were not entitled to
damages on the dismissal of the appeal.   L. & N.
R. R. Co. v. Lucas' Adm'r, 120 Ky. 359, 86 S. W.
682, 27 Ky. Law Rep. 769.

The motion for damages is overruled.